84181001

## COVER LETTER

Number._____
Supplied by Court

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 12 2015

Abel Acosta, Clerk

**IN THE CRIMINAL APPEALS OF TEXAS**
P.O.Box 12308 Capitol Station
Austin,Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 27 2015 to CS

Abel Acosta, Clerk

TERESAA  GAIL  WADE
Relator

Vs.

Child Protective Services
Respondent

To The Honorable Justices of the Court of Criminal Appeals
of Texas:

The Relator Teresa G.Wade Submits **Motion to Leave with
WRIT Of MANDAMUS** for Good Cause.

Please Stamp and File in the Appropriate Court for Dockett Call,and
Return Stamped Copy to My Address Attached.

Respectfully .✗Teresa Wade

Teresa Gail Wade
42 Rainbow Road
Cuero,Texas 77954

# CERTIFICATE OF SERVICE

I Teresa Gail Wade Certify this WRIT OF MANDAMUS was Mailed

To The Court of Criminal Appeals of Texas at P.O.Box 12308 Capitol

Station, Austin,Texas 78711 on this 23 Day of OCT 2015.

X. *Teresa Wade*
Teresa Gail Wade

Cause Number._____.

Supplied by the Court

| | | |
|---|---|---|
| Teresa Gail Wade<br>Relator | §<br>§ | Court of Criminal Appeals<br>of TEXAS |
| Vs. | §<br>§ | |
| Child Protective Services<br>Respondent | §<br>§ | Cause No# 058308 Grayson Co. |

## APPLICATION FOR WRIT OF MANDAMUS

To The HONORABLE JUDGE,

      Comes Now Teresa Gail Wade, Applicant and ask the Court to Issue a Writ of Mandamus to Child Protective Services,The Respondent. To Require the Respondent Describe Relief, Requested and in Support of this Application, Would show the Court the Follow--ing:

### I.
### Factual Background
### Authorities and Argument

In Apr/2015 I Filed A Public Request to Custodian of Records to the Child Protective Services in Grayson County Texas for Production of Records on Cause Number 058308 from the 59th District Court of Gray--son County Texas. Over 18 Days Later I Received a Letter Stating There Returning My Request and I Need to Fill out A **4885-G Form** and Resumit Under there Request Form. I Did what was Requested and Mailed it out a Few Days Later. I Received a Letter on 5/19/2015 Stating; **IF THESE RECORDS EXIST AND YOU ARE ENTITLED TO THEM** THEN THIS Request May take up to **12Months** to Complete your Request.
(1. First Document Sent 4/28/2015    **EXHIBIT (A)**
(2. Second Document Sent 5/19/2015    **EXHIBIT (B)**

I Then wrote Two Letters of Consideration on the 12 Month Delay of Records, With No Responce at All.
(1. First Letter Sent 6/10/2015    **EXHIBIT (C)**
(2. Second Letter Sent 8/21/2015    **EXHIBIT (D)**
(3. Request Sent on     4/10.2015 **EXHIBIT (E)**

It. is a Ministerial Duty to **TIMLY** Rule on Motion or a Public Request Requesting Relief. See **In Re Salazar 134 S.W.3d 357,358(Tex.App.Waco Tex.2003).** Also **In Re Taylor 39 S.W.3d 406,414(Tex.App.Waco.Tx.2001).**

(1. The Act Sought to be is Purely Ministerial.

(2. The Relator has No Other Adequate Legal Remedy. See **Chiles V. Schuble 788 S.W.2d 205,207(Tex.App.Houston.14th Dis 1990) ong.** The Public Request were Called to the Courts Attention, **Blakeney 254 S.W.3d at 662.**

Relator Attempted Proper Procedure and Cited 552.301 & 552.302 **Moore V.Collins 897 S.W.2d 496(App.1 Dist.1995) 552.301.** To Seek a Writtten Responce Within 10 Business Days.

Child Protective Services has Failed to Comply within a Timly Manner by Law. Relator asked for Respondent to Certify Fact in Writing, IF THERE WAS A DELAY of the 10 Day rule.321(d). **Moore V.Collins 897 S.W 2d 496.** Under Requested Information that was Public and Must be Re--leased. See **ID 552.302 See Simmons V.Kuzmich 166 S.W.3d 342,350(Tex. App.Fort-Worth.Tx 2005).** TEXAS STATE LAW DOES NOT AUTHORIZE THE WITH--HOLDING OF INFORMATION.(006).

The Open Records Act **Permits a Person** who is Not Able to Obtain Public Records, After Making a Proper Request, to File Suit for WRIT OF MANDAMUS to Compel the Production of Records **Tex.Govt.Code. 552.321 Vernon 1994)** See **City of Houston V. Houston Chronicle Pub.Co. 673 S.W.2d 316. 1319(Tex.App.Houston.Tx.1st Dist).**

Failing to Timly Respond to Request for Public Records only Criminal Sanctions Avalable are for Destruction,Removal or Alteration of Public Records in Criminally Negligent Manner V.T.C.A Government Code 552.351 Thru 552.353.

On 7/15/2015 Written Objections were Properly Filed With CPS In Austin for Records and for One Year to Respond or Receive Records Being Un-Timely Responce to Request. **No Responce.**

## II.

## JURISDICTION

This Court has Jurisdiction to Consider this Application Pursusant to Art.5.5 of the Texas Constitution and Artical 4.04 of the Code of Criminal Procedure. See **Homan V.Hughes 708 S.W.2d 449,452(Tex.Crim App.1986).** This Court has Jurisdiction to Issue Writs of Mandamus

See Also **State Ex.Rec Curry V.Davis 689 S.W.2d 214,215(Tex.Crim.App 1984).** TEX.CONST.ART.5.5 (Supp.1982-1983). The Court of Criminal App--eals Consttutional Authority to Issue Writs of Mandamus, Derive From the Same Source. **Durrough V. State 620 S.W.2d 134,143-144(Tex.Crim. App.1981).** AS In Mandamus Actions, The Person Seeking the Writ Must Show he is Entitled to the Remedy by Clear and Indisputable Unequivocal or Abundantly Clear Evidence. See **Keegun V.State 681 S.W.2d 806,810 (Tex.App.14th Dist. 1984) and Reynolds V.Dickens 685 S.W.2d 479(Tex Crim.App.1985).** Chapter 552. Government Code, **McBride V. State 838 S.W 2d.248,250(Tex.Crim.App.1992).at 251.** Applicant Filed Proper Procedure.

### III.
### CONCLUSION

(1. Applicant has No Other Legal Remedy Available to Her Other Than this Application For Mandamus.

(2. This Action Sought is Under the Facts of this Public Request in Essence, A Mere Ministrial Act Which Respondent Has A Legal Duty to Perform in a Timly Manner.

(3. Applicant has Properly Requested Respondent to Perform which the Respondent has Refused.

Applicant Request the Following Records:

My Request is for ALL Records,Offence Reports and All Statements, All Affidavits, Interviews, Depositions,Results of Testing and Any Out--Sourcing of Services, All Statement and Reports Of Bruising and Abuse from the Father; Michael C.Wade, All Reports from the School where Chelsea Wade Attended [ Howe High School], All Medical Reports of Abuse with Chelsea Wade. This Request is Subjected to be Supplemented, After View of these Request, See Chapter 552 PUBLIC INFORMATION. I Also Request All Detective or Narritive Reports.

Wherefore Premises Considered,Applicant Prays that this Application Be Granted and That Respondent be Ordered Continue with Relief that is Requested.

Respectfully Submitted

X _Teresa Wade_
Page 3                    Applicant Pro-Se

STATE OF TEXAS, COUNTY OF
## "AFFIDAVIT"

Before Me The Undersigned Authority on this Date Personally Appeared, Applicant who Apon being Duly Sworn Did Dispose and State:

My Name is Applicant and I am the Relator in the Above Cause. I Have read the above Application for Mandamus and State that the Factual Allegations Made Therein are True and Correct.

X _Teresa Wade_

Applicant Pro-Se

Subscribed and Sworn to before Me, The Undersigned Authority,

By the said Applicant on this, The 23 day of OCT ,2015

to Certify which Witness My hand and Seal of Office.

_Madison N Manning_

Notary Public in and For

Dewitt County,Texas



MADISON N MANNING
My Commission Expires
May 3, 2018

## Affidavit in Support of Request
## to Proceed[ In Forma Pauperis].

I Teresa Wade Being first Duly Sworn Depose and Say that I am the Applicant in the Above- Entitled Writ of mandamus. That in Support of My Motion to Proceed without Being required to Prepay Fees,Cost or Give Security Therefore. I state that Because of My Poverty I am Unable to Pay the Costs of Said Proceeding or to Give Security Therefore, that I Believe I am Entitled to. I am on a Fixed Income and Unemployed Due to a Medical Condition Named, Fibromy Algia.

I have No Realestate, Stocks, Bonds, Notes. I Bairly can Afford Rent or Monthly Bills.

Respectfully

X . *Teresa Wade*
Petitioner   Pro-Se

____Teresa Wade____
Applicant

  Vs.

____Child Protective Services____
Respondent

§
§
§
§
§
§

NO# _____
<span>Supplied By Court</span>

## ORDER

On this Day Came on to be heard the Forgoing, Applicant for

Writ of mandamus and it Appears to the court that the Same

Sould Be:   _____**Granted.**

It is therefore Ordered that the Custodion of Records should

Photo Copy and Mail to Applicant, In the Interest of the

Public.

   Signed on this, the _____day of _____

   2015.

    _____
    Honorable Judge Presiding



**COMMISSIONER**
John J. Specia, Jr.

TERESA WADE
42 RAINBOW RD.
CUERO, TX 77954

04/28/2015

Thank you for your recent request for case records from the Texas Department of Family and Protective Services. We are returning the request form to you because:

No 4885-G form:

    The 4885-G Records Request form must be filled out by the requestor or a licensed attorney representing a requestor. The requestor or representing attorney will need to complete the form, provide an original signature on the request, provide a United States issued photo identification card or Bar Card number, and resubmit to the address provided below.

**Department of Family and Protective Services**
**Attn: RMG (Y-937)**
**P.O. Box 149030**
**Austin, Texas 78714-9030**

Unfortunately, we do not accept client requests through email or fax at this time.

If you have questions on how to fill out the form or what documentation is required in order to process your request, you may contact the DFPS Customer Support Office at 512-929-6764. A Customer Support Specialist will gladly assist you with any questions you may have.

If you sent money with your original request, we are returning it to you as well. No money is needed to process and fulfill a request if the record exists and you are entitled to receive it

Thank you,

*Eric V. Griffin*

Eric V. Griffin | DFPS Records Management Group | Customer Support Office

Records, Management @ DFPS. STATE. TX. us. or Call
Toll Free 877-764-7230.

EXHIBIT(A)



# TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

COMMISSIONER
John J. Specia, Jr.

Teresa Wade
42 Rainbow Rd
Cuero, TX 77954

May 19, 2015

Re: Your request for Confidential Case Records

Greetings,

Thank you for your request for case records from the Texas Department of Family and Protective Services. The case records from Child Protective Services, Adult Protective Services, and Child Care Licensing are confidential pursuant to Texas law. The Records Management Group (RMG) adheres to and complies with all statutes and rules pertaining to the entitlement, redaction, and release of the confidential case records RMG maintains.

If these case records exist and you are entitled to them, then they will be reviewed to ensure their release complies with applicable statutes and rules. The review process usually entails the redaction of specific personal and/or identifying information. Due to the approved priority order in which DFPS must redact cases and the labor intensive process required, it may take up to twelve months to complete your request.

If you sent money with your request, we are returning it to you as well. At this time DFPS does not charge entitled recipients for a copy of their record.

If you would like to check on the status of your request or have other questions, please contact us by:

|  | |
|---|---|
| Mail: | Department of Family and Protective Services<br>Attention: RMG (Y-937)<br>P.O. Box 149030<br>Austin, Texas 78714-9030 |
| E-mail: | Records.Management@dfps.state.tx.us |
| Telephone: | (512) 929-6764 or toll-free (877) 764-7230 |

Thank you,

*Erna Martin*

**Erna Martin | DFPS Records Management Group | Customer Support Specialist**

EXHIBIT(B)

·Child Protective Services
·P.O.Box 149030
Austin,texas 78714-9030

June/10/2015


Records Departments;

       To Whom it May concern,

          I Just Got a Letter from Your Department
Stating that it Could Take up to A Year to Process my Request, I
would Like to Ask for Reconsideration on that Part Because these
Records will Prove a Mans Innocence and 12 Months Seems Like a life
time to Someone who is Incarserated Wrongfully. Also Who is to Say
that in 12 Months People May Leave and Get New Jobs to where My
request is Lost or Put at the End of the Pile in 8 or 10 Months.
Also the Leeter states **IF I AM INTITLED TO THEM.** What if I wait 11
Months and You tell Me that I Cant Have Them ? My Request is Not
Being Answerd in a Timly Manner and I Really Wished you would Re-
-Consider My Request and Release these Records Faster, as I Stated
these Records will Prove a Man Innocence.

        Thank you and you Can Contact Me at;

          Teresa G.Wade
          42 Rainbow Rd
          Cuero,Texas 77954


RESPECTFULLY. *Teresa Wade*


"Copy"

EXHIBIT (C)

Department of Family and Protective Services
ATTENION: RMG (Y-937)
P.O.Box 149030
Austin,Texas 78714-9030                    8/21/2015


Dear Ms. Erna Martin,


                    I Have tryed to Contact your Department with No
Luck or Responce from your Department. Can you Or Someone Please
Let Me Know Something on My Request I Filed with your Agency? I have
Wrote Consideration Letters and Writting Objections to An Untimly
Responce from Your Agency on My Public Request for Records on the
**State of Texas V. Michael C.Wade** and Under A Cause Number 058308
Out of Grayson County Texas that Your Holding the Records Too.
Can You Just Please Let Me Know Something on My Request or the Letters
that I Have Wrote To Your Agency ? My Public Request is Being Taken
Lightly and Ignored with Vague Responce [Oppion] and in Part with
NO RESPONCE AT ALL.
There is No Reason for The Delay on these Records and There is No
Reason for a Governmental Agency as Big as yours to Not be Responding
to My Request or Letters.

Can Someone Please Let Me Know Something on My Concerns?


                              Respectfully

                              *Teresa Wade*
                              Teresa G.Wade
                              42 Rainbow Rd
                              Cuero,Texas 77954


"COPY"

                                                  EXHIBIT(D)

Michael C. Wade
SSN: 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

"Custodian of Records"                    Child Protective Services
Child Protective Services                 902 Cottonwood Drive
                                          Sherman, TX 75090

Public Request for Records, Statements

and

Narrative Reports

Dear Sir or Ma'am:                                        04-10-2015

   My full name is Teresa Gayle Wade: I am over 18 years of age
and request the following documents within 10 business days. If
an officer cannot provide information within 10 business days,
the office shall certify that fact in writing to the Requestor,
321(d) Moore vs Collins 897 SW2d 496 (App 1 Dist 1995) 552.301.

I.

The request is public, in the interest of Justice. The release
of this request pursuant to section 552.302 of the Government
Code. A governmental body's failure to comply with the procedural
requirements of section 552.301 results in the legal presumption
that the requested information is public and must be released.
See I.D. 552.302 and Simmons vs Kuzmich 166 SW3d 342, 350 (TX App
Fort Worth 2005). Texas state law does not authorize the withhold-
ing of public information (.006).

II.

I understand there may be a fee for copies. If so you may contact
me at the contact info on this letter and I'll gladly pay for cop-
ies. If my request is excessive then I would like to request a it-
emized statement of why.

III.

My request is for all Records, Offense Reports and all Statements,
Affidavits, Interviews, Depositions, Results of Testing and any
Outsourcing of Services. This request is subjected to be suppleme-
nted, after view of these requests, see Chapter 552 Public Inform-
ation. I also request all Detective or Narrative Reports. Any rea-
son for delay please notify me at the following.

page 01

Copy

EXHIBIT (E)

Thank you,

Respectfully submitted,

Teresa Wade
42 Rainbow Road
Cuero, TX 77954
Phone #: 903-449-7245

Copy